# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**
JUN -9 2008
JUN -9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,
    Plaintiff,

VS.

RUDY LEONEL CARRERA,
    Defendant.

NO. 05 CR 560-2

**08CV3322**
**JUDGE GUZMAN**
**MAG. JUDGE NOLAN**

## MOTION FOR RETURN OF PROPERTY

    Comes now, **Rudy L. Carrera**, defendant pro se, pursuant to **Rule 41(e) of the Federal Rule of Criminal Procedrue**, to petition the Honorable Court for the return of defendant's real property. Being his wallet with all it's contents such as license, social security card, and other pertinent documents. Especially with the rise in identity theft crimes, this is becoming more and more relevant to have these papers back in the possession to the defendant as soon as possible.

    In support the defendant states the following: The he is currently incarcerated at the Forrest City Correctional Complex, located in Forrest City, Arkansas. That my case has long since been resolved. My identity was never a material issue in my charges. That my wallet was seized by arresting officers in the above captioned charges. Defendant plead guilty to said charges on June 7, 2006. There's no reason for his property to be detained any longer.

                                      Respectfully Submitted,

                                        *Rudy L. Carrera.*

                                        Defendant - pro se

Respe

P.O.Box 9000-Low
Forrest City, AR 72336

RE: Return of Property - Wallet
Case# 2005-3901-000692-01

May 21, 2008

Special Agent in Charge
c/o Michael Cadman
Immigration and Customs Enforcement
2340 River Road Ste 215
Des Plaines, IL 60018

Officer Cadman:

    I'm writing you in reference to the above mentioned case and person involved in the same. I would like to know where my personal property is? The case has been long since resolved and I haven't heard anything about my personal effects, particularly my personal papers. As you may well know, we have had a recent outbreak in identity theft, and all my personal affects will be a prime target for such a mishap.

    At this time, I am making a formal request that you please send the forgoing documents and property to my father at the following address:

        LAUREANO CARRERA
        2717 W. CASTOR ST.
        SANTA ANA, CA 92704

If you have any questions in regards to what type of property in question, please feel free to reach me at the above captioned address. The primary property in question is my wallet. Thank you for your time and consideration.

                                  Respectfully Written,

                                  Rudy L. Carrera