**PRISONER CASE**



R

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

MHN

**Plaintiff(s):** RUDY LEONEL CARRERA

**Defendant(s):** UNITED STATES OF AMERICA

**County of Residence:** US, Outside the State of IL

**County of Residence:**

**Plaintiff's Address:**
Rudy Leonel Carrera
#17984-424
Forrest City - FCC
P.O. Box 9000
Forrest City, AR 72336

**Defendant's Attorney:**
AUSA
United States Attorney's Office
219 South Dearborn
Chicago, IL 60604

FILED
JUN - 9 2008
6-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
[ ] 1. U.S. Government Plaintiff
[✓] 2. U.S. Government Defendant
[ ] 3. Federal Question (U.S. gov't. not a party)
[ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV3322
JUDGE GUZMAN
MAG. JUDGE NOLAN

**Origin:**
[✓] 1. Original Proceeding
[ ] 2. Removed From State Court
[ ] 3. Remanded From Appellate Court
[ ] 4. Reinstated or Reopened
[ ] 5. Transferred From Other District
[ ] 6. MultiDistrict Litigation
[ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 540 Mandamus and other

**Cause of Action:** 28:1355

**Jury Demand:** [ ] Yes [✓] No

**Signature:** A. E. Woodham  **Date:** 06/09/2008

Guzman
Nolan
05 CR 560 - 2