# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Rudy Leonel Carrera

                     Plaintiff,

v.                                     Case No.: 1:08–cv–03322

                                           Honorable Ronald A. Guzman

United States of America

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 16, 2008:

        MINUTE entry before the Honorable Ronald A. Guzman: The Court directs pro se plaintiff's attention to Federal Rule of Civil Procedure 4, which requires a plaintiff to serve a copy of the complaint and summons on the defendant within 120 days of filing the suit or the suit will be dismissed. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.